# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lisa Abner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10007-DRH |
| *Tonya Acreman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13828-DRH |
| *Brandi M. Adams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10899-DRH |
| *Jennifer Aitken v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10931-DRH |
| *Tresea L. Alexander v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11609-DRH |
| *Tana Alter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10671-DRH |
| *Sherry Altinian-Daly v. Bayer Corporation, et al.* | No. 13-cv-10705-DRH |
| *Joyce Andrews, individually and on behalf of decedent Katina Andrews v. Bayer Corporation, et al.* | No. 13-cv-10126-DRH |
| *Berlisha Archie v. Bayer Corporation, et al.* | No. 14-cv-10325-DRH |
| *Brandy Armantrout v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10084-DRH |
| *Christina Armstrong v. Bayer Corporation, et al.* | No. 12-cv-10481-DRH |
| *Callista Arnzen v. Bayer Corporation, et al.* | No. 13-cv-10880-DRH |
| *Nicole Bagley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13529-DRH |

| | |
|---|---|
| *Bridget Bailey v. Bayer Corporation, et al.* | No. 09-cv-10170-DRH |
| *Stephanie Baker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10670-DRH |
| *Tracy Baker, et al. v. Bayer Corporation, et al.* | No. 12-cv-11311-DRH |
| *Stephanie Risa Balkin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10315-DRH |
| *Emily Ballweg v. Bayer Corporation, et al.* | No. 15-yz-00732-DRH |
| *Theresa Barca v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10422-DRH |
| *Mary Bartosh v. Bayer Corporation, et al.* | No. 10-cv-12445-DRH |
| *Edith Bastea v. Bayer Corporation, et al.* | No. 13-cv-10714-DRH |
| *Angela Denise Bez, Individually and as Administratrix of the Estate of Ammie Aull, Deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10060-DRH |
| *Courtney Bickerman v. Bayer Pharma AG, et al.* | No. 14-cv-10243-DRH |
| *Sabrina A. Birdine v. Bayer Schering Pharma AG, et al.* | No. 10-cv-10870-DRH |
| *Ryane Bohm v. Bayer Corporation, et al.* | No. 10-cv-12592-DRH |
| *Katherine Boresow v. Bayer Corporation, et al.* | No. 13-cv-10578-DRH |
| *Kendall Boudreaux, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12199-DRH |
| *Toni Bowling v. Bayer Corporation, et al.* | No. 09-cv-10029-DRH |
| *Tammy Branch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10150-DRH |
| *Rachel Bresnick v. Bayer Corporation, et al.* | No. 13-cv-10934-DRH |
| *Anderia Brock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10379-DRH |
| *Melissa Brooks v. Bayer Corporation, et al.* | No. 12-cv-10460-DRH |

| | |
|---|---|
| *Devra A. Brukman v. Bayer Corporation, et al.* | No. 09-cv-20088-DRH |
| *Michael Byerley, Individually and as surviving spouse of Kendra K. Byerley, and next friend of Cali Elizabeth Byerley, a minor v. Bayer Corporation, et al.* | No. 13-cv-10668-DRH |
| *Christine Caldwell v. Bayer Corporation, et al.* | No. 13-cv-10604-DRH |
| *Kristin Camacho v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11061-DRH |
| *Deanna Carter v. McKesson Corporation, et al.* | No. 10-cv-20407-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motions to Dismiss, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

APPROVED:

Digitally signed by Judge David R. Herndon
Date: 2016.01.07 20:58:04 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT